# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 24-mj-86-01-TSM
INFORMATION ASSOCIATED WITH THE ACCOUNTS )
d.alba.phd2020@gmail.com; st.hill.optic20@gmail.com; )
AND sa.ha.2109sa@gmail.com )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554 | Smuggling goods from the United States |
| 50 U.S.C. § 4801 et seq. | Export Control Reform Act |
| 18 U.S.C. § 371 | Conspiracy |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Christine Chambers
*Applicant's signature*

Christine Chambers, Special Agent, Dept of Commerce
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephonic conference__ *(specify reliable electronic means)*.

Date: **Apr 25, 2024**

*Judge's signature*

City and state: Concord, NH    Talesha Saint-Marc U.S. Magistrate Judge
*Printed name and title*